FILED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

ALEXANDRIA DIVISION

2009 MAY 22 P 1:52

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | ) | DOCKET NO: 09-MJ-359 |
|---|---|---|
| | ) | MISDEMEANOR |
| v. | ) | |
| | ) | |
| RICHARD FOWLER | ) | Court Date: June 15, 2009 |

## CRIMINAL INFORMATION

(COUNT I - Class A Misdemeanor – N0498106)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about March 20, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD FOWLER, unlawfully refused to consent to the taking of samples of his breath to determine the alcoholic content of his blood after he was arrested for operating a motor vehicle while under the influence of alcohol.

(Violation of Title 18, United States Code, Section 3118)

(COUNT II - Class A Misdemeanor)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 20, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD FOWLER, did unlawfully operate a motor vehicle upon said Base while under the influence of alcohol.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 18.2-266(ii), 1950, as amended.)

(COUNT III - Class A Misdemeanor – N0498105)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about March 20, 2009, at Marine Corps Base, Quantico, Virginia, within the special maritime and territorial jurisdiction of the United States in the Eastern District of Virginia, the defendant, RICHARD FOWLER, did unlawfully operate a motor vehicle upon said Base so as to endanger life, limb and property of any person.

(Violation of Title 18, United States Code, Section 13, assimilating Code of Virginia, Section 46.2-852, 1950, as amended.)

Respectfully Submitted,

Dana Boente
Acting United States Attorney

Christian B. Nagel
Special Assistant
United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the Criminal Information was mailed, postage prepaid, on this 22 day of May 2009 to:

RICHARD FOWLER

By: _____
Christian B. Nagel
Special Assistant
United States Attorney