| Number | Name & Address of Defendant | Offense | Date of Offense | Officer | Agency | Did Not Appear | Plea | Judgment | Fee | Special Assess. | $ Fine | Other/Remarks |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2018527 | ~~[redacted]~~ | DEFECTIVE HEADLIGHT | 2/21/09 | RICE | EV13 | | | | | | | |
| 2015262 1ST APPR. | ~~CARLOS~~ | DISREGARD TRAFFIC LIGHT SIGNAL | 4/28/09 | ARTHUR | EV7 | | | | | | | dismissed w/o prejudice Pd |
| 09MJ359 N0498106 1ST APPR. | FOWLER, RICHARD | REFUSAL (CT. I - M) | 3/20/09 | WELLER | EV13 | returned counsel not pres't | | | | | | Cont'd 7-13-09  ng |
| 09MJ359 1ST APPR. | " | DRIVING UNDER THE INFLUENCE (CT. II - M) | " | " | " | | | | | | | "  Trial  ng |
| 09MJ359 N0498105 1ST APPR. | " | RECKLESS DRIVING (CT. III - M) | " | " | " | | | | | | | Cont'd 7-13-09  ng |
| 09MJ372 2016651 1ST APPR. | ~~DANIEL~~ | O.A.S. (CT. I - M) | 4/16/09 | #1767 | EV7 | | | | | | | |
| 09MJ372 2015174 1ST APPR. | " | SPEEDING 35/25 (CT. II - M) | " | " | " | | | | | | | |
| 09MJ372 1ST APPR. | " | NO OPERATOR'S LICENSE (CT. III - P) | " | " | " | | | | | | | |
| N0480584 | ~~MICAH~~ | ASSAULT | 12/25/08 | WARD | EV13 | atty Ahmad | | | | | | dismissed w/prejudice Pd |
| | | | | | | | | | | | | |

In Court Time:_____HOURS_____MINUTES  (FTR)  Signature of Judicial Officer_____  Date  6-15-09