# United States District Court

EASTERN   DISTRICT OF   VIRGINIA

2009 AUG -7 A 10: 32

CLERK US DISTRICT COURT
ALEXANDRIA, VIRGINIA

| UNITED STATES OF AMERICA | SUBPOENA IN A CRIMINAL CASE |
|---|---|
| V. | CASE NUMBER: 09-MJ-359 |

RICHARD FOWLER

TO:
JAMES M. GEMMEL
7268 CHESNUT COURT
WARRENTON, VA 20187

☐ YOU ARE COMMANDED to appear in the United States District Court at the place, date, and time specified below to testify in the above case.

| PLACE | COURTROOM |
|---|---|
| UNITED STATES DISTRICT COURT<br>401 Courthouse Square<br>Alexandria, Virginia 22314 | TO BE ANNOUNCED |
| | DATE AND TIME<br>Date: September 21, 2009<br>Time: 9:00 A.M. |

☐ YOU ARE ALSO COMMANDED to bring with you the following document(s) or object(s):

ANY AND ALL DOCUMENTATION IN REFERENCE TO THE AFORE MENTIONED CASE.

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br>**FERNANDO GALINDO, CLERK OF THE COURT** | DATE |
|---|---|
| (By) Deputy Clerk | August 7, 2009 |

ATTORNEY'S NAME, ADDRESS and PHONE NUMBER:
Mitchell D. Bishop, U.S. Attorney's Office
2100 Jamieson Avenue, Alexandria, Virginia 22314   (703) 299-3834