PETTY OFFENSE DOCKET SHEET AND JUDGMENT ORDER
Judicial Officer: JOHN F. ANDERSON
Page No. 6
Case 1:09-mj-00359-JFA   Document 11   Filed 09/21/09   Page 1 of 1 PageID# 17
Location: QUANTICO
Date of Proceedings: SEPTEMBER 21, 2009
COURTROOM # 501

| CASE | | | | | | DISPOSITION | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Number | Name & Address of Defendant | Offense | Date of Offense | Officer | Agency | Did Not Appear | Plea | Judgment | Fees | Special Asess. | $ Fine | Other/Remarks |
| 09MJ359 N0498106 | FOWLER, RICHARD | REFUSAL (CT. I - M) | 3/20/09 | WELLER | EV13 | w/atty | ng | ng | | | | ng |
| 09MJ359 | " | DRIVING UNDER THE INFLUENCE (CT. II - M) | " | " | " | | ng | G | | 25 | 500 | 2 yrs. supervised probation R.O.L. and ASAP. 10 days BOP 10 days home confinement ng |
| 09MJ359 N0498105 | " | RECKLESS DRIVING (CT. III - M) | " | " | " | | ng | | | | | pay by 12-21-09 ng dismissed by Court ng |
| ~~09MJ○○○~~ | ~~~~ | REFUSAL (CT. I - M) | 6/25/09 | FREITUS | EV7 | | | | | | | appt atty Cont'd 10-14-09 (stat) ng |
| | " | DRIVING UNDER THE INFLUENCE (CT. II - M) | " | " | " | | | | | | | Cont'd 10-14-09 (stat) ng |
| | " | RECKLESS DRIVING (CT. III - M) | " | " | " | | | | | | | Cont'd 10-14-09 ng |
| ~~09MJ623~~ | ~~~~ | ASSAULT (CT. I - M) | 7/5/09 | LUTTER | EV7 | | | | | | | USA's motion Cont'd 12-14-09 ng |
| ~~09MJ623~~ | " | UNDERAGE CONSUMPTION OF ALCOHOL (CT. II - M) | " | " | " | | | | | | | Cont'd 12-14-09 (stat) ng |

In Court Time: 3 HOURS 2 MINUTES   (FTR) Signature of Judicial Officer _____   Date 9-21-09